# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CHRISTOPHER S. PASTOR, Defendant. | PO-19-05148-GF-JTJ <br><br> VIOLATION: 7354378 <br> Location Code: M13 <br><br> ORDER |

Based upon the United States' unopposed motion to accept the defendant's payment of a $45 fine and $30 processing fee for violation 7354378 (for a total of $75), and for good cause shown,

IT IS ORDERED that the $75 fine ($45 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 7354378.

IT IS FURTHER ORDERED that the initial appearance scheduled for September 12, 2019, is VACATED.

DATED this 4th day of September, 2019.

_____
John Johnston
United States Magistrate Judge